IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATIONAL TRUST INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:18-cv-1071-ALB |
| v. | ) ) | |
| JORDAN INDUSTRIAL CONTRACTING, LLC, and TYLER BLAKENEY, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties have reported to the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within forty-five (45) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** this 15th day of October 2019.

                                              /s/ Andrew L. Brasher
                                        ANDREW L. BRASHER
                                        UNITED STATES DISTRICT JUDGE